<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

─────────────

**No. 98-2790**

─────────────

LAURIE B. FOOTE; IRA T. FOOTE, JR.,

                                         Plaintiffs - Appellants,

    versus

DONALD H. BARTON; DAWSON HOESED; LANDON DEAL;
PEGGY SINGLETON; EDDIE LANCE; MIKE THORPE;
DAVID BABB; KELVIN PHILLIPS; RICHARD WORLEY;
PAUL AVERETTE; TRANSYLVANIA COUNTY BOARD OF
EDUCATION; TRANSYLVANIA COUNTY,

                                      Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-98-117-1)

─────────────

Submitted: March 11, 1999         Decided: March 16, 1999

─────────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Laurie B. Foote, Ira T. Foote, Jr., Appellants Pro Se. Ronald G. Blanchard, Hendersonville, North Carolina; Cynthia Stubbs Lopez, ROBERTS & STEVENS, P.A., Asheville, North Carolina; Grady Michael Barnhill, Patrick T. Gillen, WOMBLE, CARLYLE, SANDRIDGE & RICE, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Laurie and Ira Foote appeal the district court's order dismissing with prejudice their action under 42 U.S.C.A. § 1983; 42 U.S.C.A. § 1985; and 42 U.S.C.A. § 1986 (West Supp. 1998), and dismissing without prejudice any state supplemental claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Foote v. Barton, No. CA-98-117-1 (W.D.N.C. Nov. 2, 1998). In addition, we have reviewed the record and find the pleadings do not set forth a claim for denial of equal protection. See Sylvia Dev. Corp. v. Calvert County, Md., 48 F.3d 810, 819 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED